AO 106 (Rev. 04/10)  Application for a Search Warrant

AUSA Prichard

# UNITED STATES DISTRICT COURT

for the
Southern District of Ohio

2019 MAY -1  PM 3: 19

| | |
|---|---|
| In the Matter of the Search of | ) |
| USPS Priority Mail parcel with tracking number 9505 5141 7512 9112 2490 34 addressed to "Anthony Hewing, 4311 Yearling Circle Apt #A, Whitehall, OH 43213" bearing the return address of "Donell Pimpton, 18462 Montezuma St Apt #12, Adelanto, CA 92301" | ) Case No. 2:19-MJ-347-CMV ) ) ) ) ) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property
See Attachment A, which is fully incorporated herein.

located in the _____ Southern _____ District of _____ Ohio _____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B, which is fully incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | Possession with intent to distribute a controlled substance |
| 21 USC 843(b) | Prohibited use of a communication facility (U.S. Mail) |

The application is based on these facts:

See attached affidavit, which is fully incorporated herein.

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

ERIN L. LINDSEY, U.S. POSTAL INSPECTOR
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5-1-19 _____

_____
*Judge's signature*

City and state: COLUMBUS, OHIO

CHELSEY M. VASCURA, USMJ
*Printed name and title*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

2019 MAY -1 PM 3: 19

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF | ) |
| | ) |
| USPS Priority Mail parcel | ) |
| 9505 5141 7512 9112 2490 34 | ) |
| addressed to "Anthony Hewing, | ) |
| 4311 Yearling Circle Apt #A, | ) |
| Whitehall, OH 43213" | ) |

Case No. 2:19-mj-347

**Magistrate Judge**
**Chelsey M. Vascura**

<u>**Affidavit in Support of Application for Search Warrant**</u>

I, Erin L. Lindsey, Postal Inspector, being duly sworn, depose and state as follows:

1.  I have been a U.S. Postal Inspector for the U.S. Postal Inspection Service since February, 2017, enforcing federal mail and drug laws. I am currently assigned to Columbus, OH. I have received training at U.S. Postal Inspection Service National Training Seminars for mail-related criminal investigations and have investigated cases with other federal, state, and local law enforcement agencies.

2.  The U.S. Postal Inspection Service is aware that drug traffickers have been using Priority Mail, a business-oriented service offered by the U.S. Post Office, to transport controlled substances and transfer funds, cash or otherwise, to further their enterprises. As a result of past investigations and prosecutions, the Postal Inspection Service has determined that a number of indicators can be used to identify packages containing contraband that have been entered into the Priority Mail network. Inspectors routinely review shipment documents and Priority Mail packages originating from or destined to drug source areas, to identify instances where there is a possibility of drug trafficking.

3.  On April 25, 2019, Postal Inspectors identified a USPS Priority Mail parcel with tracking number 9505 5141 7512 9112 2490 34, which was believed to contain narcotics. Inspectors identified this as a suspect drug parcel based on several characteristics, including but not limited to origin, destination, and packaging.

4.  On April 30, 2019, Postal Inspectors took custody of USPS Priority Mail parcel with tracking number 9505 5141 7512 9112 2490 34, addressed to "Anthony Hewing, 4311 Yearling Circle Apt #A, Whitehall, OH 43213" and bearing the return address of "Donell Pimpton, 18462 Montezuma St Apt #12, Adelanto, CA 92301." The parcel is a white USPS Priority Mail Large Flat Rate cardboard box, weighing 4 pounds 7.70 ounces, and was

1

mailed on April 22, 2019, from Adelanto, CA 92301 with $19.95 postage affixed.

5. According to law enforcement databases, the delivery address of 4311 Yearling Circle Apt A, Whitehall, OH 43213, is a legitimate address, but cannot be associated to Anthony Hewing.

6. According to law enforcement databases, the return address of 18462 Montezuma S. Apt. 12, Adelanto, CA 92301, is a legitimate address, but cannot be associated to Donell Pimpton.

7. Your affiant knows that in the past, drug traffickers have used both legitimate and illegitimate names at legitimate addresses to receive parcels containing illegal narcotics in an attempt to avoid detection and legitimize the shipment in the event that the parcel is seized by law enforcement officers. Additionally, California is a known source area for shipment of illegal narcotics to Central Ohio as well as other areas of the United States.

8. On April 30, 2019, Postal Inspectors contacted Officer David Jones, Columbus Police Department, who is the handler for "Ayko," a drug detection dog most recently certified by the Ohio Peace Officers Training Council for the detection of marijuana, hashish, cocaine, "crack", heroin, and methamphetamine. K-9 "Ayko" has had 200 hours of training at Gold Shield Training Kennels, Blacklick, OH, a well-established and regarded training facility for police canines. Both in training and actual deployments, K-9 "Ayko" has successfully detected narcotics, demonstrating clear, positive, aggressive (scratch) alerts, and establishing himself as a highly reliable police dog.

9. The subject parcel was hidden among other packages, and "Ayko" was allowed to search the entire area. Officer Jones concluded that K-9 "Ayko" did alert positively to U.S. Postal Service Mail parcel bearing tracking number 9505 5141 7512 9112 2490 34. Based on that alert, Officer Jones concluded that the odor of one of the drugs that K-9 "Ayko" is trained and certified to detect was present. This package is currently being held at the USPIS office in Columbus, Ohio.

2

10. Based on the information contained herein, your affiant maintains there is probable cause to believe that the USPS Priority Mail parcel bearing tracking number 9505 5141 7512 9112 2490 34, contains controlled substances, and/or contraband, in violation of Title 21, United States Code, Sections 841(a)(1) and 843(b).  I request the issuance of a warrant authorizing the search of the parcel described in Attachment A and the seizure of the items described in Attachment B.

Respectfully submitted,

Erin L. Lindsey
United States Postal Inspector

Subscribed and sworn to before me on ___ May 1 ___, 2019.

HONORABLE CHELSEY M. VASCURA
United States Magistrate Judge

3

## ATTACHMENT A

### Property to Be Searched

The property to be searched is USPS Priority Mail parcel with tracking number 9505 5141 7512 9112 2490 34, addressed to "Anthony Hewing, 4311 Yearling Circle Apt #A, Whitehall, OH 43213" and bearing the return address of "Donell Pimpton, 18462 Montezuma St Apt #12, Adelanto, CA 92301," which is currently being held at the USPIS office in Columbus, Ohio.

## ATTACHMENT B

### Items to be Seized

The items to be seized include all items in the USPS Priority Mail parcel described in Attachment A that relate to violations of 21 U.S.C. §§ 841(a)(1) and/or 843(b), including but not limited to, controlled substances, U.S. currency, contraband, and items indicative of possession or ownership.